USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
ASSOCIATED BANK, N.A., a national banking :
association, :
:
:
Plaintiff, :
-against- : 1:19-cv-5158-GHW
:
CAPCALL, LLC, : ORDER
:
Defendant. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the telephone conference held on January 7, 2020, Defendant's motion to vacate the default entered against it is GRANTED. Plaintiff is granted leave to file an amended complaint no later than 14 days from the date of this order.

The Clerk of Court is directed to terminate the motions pending at Dkt. No. 29.

SO ORDERED.

Dated: January 7, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge