USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ASSOCIATED BANK, N.A., a national banking association,

          Plaintiff,

  -against-

CAPCALL, LLC,

          Defendant.
------------------------------------------------------------- X

1:19-cv-5158-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

  As discussed on the record during the telephone conference held on February 7, 2020, Defendant's motion to dismiss and accompanying papers is due no later than March 19, 2020. Plaintiff's opposition is due no later than 3 weeks following service of the motion; Defendant's reply, if any, is due 1 week following service of Plaintiff's opposition.

  SO ORDERED.

Dated: February 7, 2020
New York, New York

                _____
                GREGORY H. WOODS
                United States District Judge