USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/13/2020__

# MEMORANDUM ENDORSED

March 13, 2020

**VIA ECF**
Gregory H. Woods, United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

      Re:    Associated Bank, N.A. v. CapCall, LLC, Civil Action No. 1:19-cv-05158

Dear Judge Woods:

      This firm represents Defendant CapCall, LLC ("Defendant") in the above-referenced action. I write to request an extension of Defendant's deadline to file its motion to dismiss, currently due on March 19, 2020, as I have been under the weather and out of the office since the middle of last week. With the consent of Plaintiff's counsel, Defendant respectfully requests that the Court so-order the following adjusted briefing schedule: Defendant shall file its motion on or before March 27, 2020; Plaintiff shall file its opposition to the motion on or before April 28, 2020; and Defendant shall file its reply in further support of the motion on or before May 5, 2020.

      No prior request for an extension has been made. Thank you for your consideration of this matter.

      Respectfully Submitted,

      /s/ Samuel J. Bazian

      Samuel J. Bazian, Esq.

---

Application granted in part. The deadline for Defendant to file its motion to dismiss is March 27, 2020. Plaintiff's opposition is due no later than 3 weeks following service of the motion; Defendant's reply, if any, is due 1 week following service of Plaintiff's opposition.

The Clerk of Court is directed to terminate the motion pending at Dkt No. 55.

SO ORDERED.

Dated: March 13, 2020
New York, New York

                                      GREGORY H. WOODS
                                      United States District Judge